**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | No. S1-4:07CR323-DJS |
| ) | |
| **THOMAS FRANCIS MILLER,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon careful consideration of the United States Magistrate Judge's report and recommendation [Doc. #41] and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #41] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [Doc. #38] is denied.

Dated this    28th    day of November, 2007.

　　　　　　　　　　　　　　　　　　/s/Donald J. Stohr
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE